**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE COUNTY OF BLAND**

JAMES DAVID WOOD, III.

    Plaintiff,

vs.

FORD MOTOR COMPANY

    Defendant.

CASE NO.: CL20-416

```
VALIDATE CASE PAPERS
RCPT : 2000002179
DATE : 12/28/2020 TIME: 11:27
CASE : 021CL20000416-00
ACCT : WOOD, JAMES DAVID; III
AMT. : $248.00
```
Lisa A. Hall, Dep

**COMPLAINT**

NOW COMES Plaintiff, James David Wood III, by and through his attorney, Lemon Law Group Partners PLC, and submits the following as his Complaint against Defendant Ford Motor Company.

**PARTIES, JURISDICTION AND VENUE**

1. Plaintiff James David Wood III is an individual residing at 5595 Waddletown Road, Bland, Virginia 24315.

2. Defendant Ford Motor Company is a foreign profit corporation doing business throughout the Commonwealth of Virginia. Ford Motor Company (hereinafter "Defendant Manufacturer" or "Defendant Ford") may be served through its registered agent, CT Corporation System, 4701 Cox Road, Suite 285, Glen Allen, Virginia 23060.

3. The transactions and occurrences involved in this action took place in the Commonwealth of Virginia, County of Bland.

**COMMON AVERMENTS**

4. On or about June 22, 2019, Plaintiff purchased a new 2019 Ford F-350, VIN: 1FT8W3BT7KEF27808 (hereinafter "Vehicle"). Please see Exhibit A: Purchase

Agreement. The Lemon Law Rights Period has been tolled pursuant to the declaration of a Judicial Emergency by the Virginia Supreme Court.

5. At the time of purchase, the Vehicle was accompanied by a factory warranty which, in relevant part, provided for a three (3) year – 36,000 mile bumper to bumper warranty and five (5) year – 60,000 Powertrain warranty (the "Warranty"). Full warranty is in Defendant's Possession.

6. The Subject Vehicle is registered in Virginia and was purchased primarily for personal, family, and/or household purposes.

7. Manufacturer's warranty covered any repairs or replacements needed during the warranty period and/or due to defects in factory materials or workmanship.

8. In fact, when delivered, the Subject Vehicle was defective in materials and workmanship, such defects being discovered within the warranty periods and repairs were attempted.

9. Shortly after purchase, Plaintiff noticed defects in the vehicle and returned the vehicle to an Authorized Dealership to repair the defects on at least three (3) occasions for defects to the Subject Vehicle including: vehicle has a death wobble despite numerous repair attempts, steering wheel shakes until come to complete stop, steering damper defects necessitating replacement, and track bar ball joint loose necessitating replacement. Please see Exhibit B: Repair Orders.

10. Despite the prolonged time during which the Subject Vehicle has been out-of-service, Defendant has failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

11. The defects experienced by Plaintiff with the Subject Vehicle substantially impaired its use, value, and safety to the Plaintiff, and have shaken the Plaintiff's faith in the vehicle to operate as dependable transportation.

12. Despite Plaintiff's repeated efforts to allow Defendant the opportunity to conform the Subject Vehicle, many nonconforming and defective conditions were not repaired, and still exist.

13. The Vehicle still has issues including a death wobble.

14. Plaintiff directly notified Defendant of the defective conditions of the vehicle on numerous occasions and that he desired a buy-back of the Subject Vehicle, wherein Defendant failed and refused to buy back Plaintiff's defective Vehicle and to reimburse Plaintiff pursuant to his rights under State and Federal Laws. Please see Exhibit C: Written Notification.

15. This cause of action arises out of the Defendant's Breach of Warranty, violation of the Federal Magnuson-Moss Warranty Act, and violation of the Virginia Motor Vehicle Warranty Enforcement Act, as set forth in this Complaint.

16. Plaintiff seeks judgment against Defendant in whatever amount that Plaintiff is entitled to, including equitable relief, consequential damages, along with the costs and expenses of this action.

17. There is no other pending or resolved civil action arising out of the same transaction or occurrence alleged in this Complaint.

## COUNT I
## BREACH OF FACTORY WARRANTY

18. Plaintiff fully repeats and incorporates Paragraphs 1 through 17, as set forth above.

19. Defendant extended to Plaintiff a three (3) year - 36,000 mile bumper-to-bumper factory warranty and five (5) year – 60,000 Powertrain warranty ("Warranty").

20. Plaintiff, seeking to repair the Subject Vehicle, attempted to exercise Plaintiff's rights under the Warranty.

21. Defendant has failed to honor the terms of the Warranty.

22. Defendant has failed or refused to repair the issues which include a death wobble.

23. As a result of the actions set forth above, Defendant has breached its warranty.

24. As a result of Defendant's breach of warranty, Plaintiff has, and will continue to, suffer significant monetary and consequential damages pursuant to Va. Code § 8.2-714 and 715.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter Judgment in favor of Plaintiff and against Defendant in an amount to be proven at trial, including all consequential damages, incidental damages, equitable remedies, costs, interest, and attorney fees.

## COUNT II
## BREACH OF MAGNUSON-MOSS WARRANTY ACT

25. Plaintiff fully repeats and incorporates Paragraphs 1 through 25, as set forth above.

26. This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2310(d)(1)(A).

27. Plaintiff is a "consumer" as defined by 15 USC § 2301(3).

28. Defendant is a "supplier" and "warrantor" as defined by 15 USC § 2301(4)(5).

29. The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

30. 15 USC § 2310(d)(1)(A), requires Defendant, as a warrantor, to remedy any defects, malfunction or non-conformance of the Subject Vehicle within a reasonable time and without charge to Plaintiff, as defined in 15 USC § 2304(d).

31. The actions of Defendant as hereinabove described, in failing to tender the Subject Vehicle to Plaintiff free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiff, constitute a breach of the written warranties covering the Subject Vehicle; and thus, constitute a violation of the Magnuson-Moss Warranty Act.

32. Despite repeated demands and despite the fact that the Plaintiff has complied with all reasonable terms and conditions imposed upon him by Defendant, Defendant has failed and refused to cure any defects and non-conformity with the Subject Vehicle.

33. As a result of Defendant's breach of factory warranty as set forth above, and Defendant's failure to honor its obligations under its warranties, Plaintiff has, and will continue to, suffer damages as enumerated above.

34. Defendant had a reasonable opportunity to remedy the defects in the vehicle but has failed to do so, thereby entitling Plaintiff to a refund of the purchase price pursuant to the Magnuson-Moss Warranty Act.

35. Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiff is entitled to recover as part of the judgment, costs and expenses of the suit including attorney's fees based on actual time expended.

## COUNT III
## VIOLATION OF THE VIRGINIA MOTOR VEHICLE WARRANTY ENFORCEMENT ACT. Va. Code Ann. § 59.1-207.9 through 59.1-207.16

36. Plaintiff fully repeats and incorporates paragraphs 1 through 36, as set forth above.

37. Plaintiff is a "consumer" as defined by Va. Code § 59.1-207.11.

38. Defendant Manufacturer is a "Manufacturer" as defined by Va. Code § 59.1-207.11.

39. The defects, which include a death wobble in the Vehicle are "nonconformities" as defined by Va. Code § 59.1-207.11.

5

40. Defendant extended to Plaintiff a three (3) year – 36,000 mile warranty and five (5) year – 60,000 Powertrain warranty.

41. It is be presumed that a reasonable number of attempts have been undertaken to conform a motor vehicle to any warranty and that the motor vehicle is significantly impaired if, during the period of eighteen months following the date of original delivery of the motor vehicle to the consumer, the nonconformity is a serious safety defect and has been subject to repair one or more times by the manufacturer, its agent or its authorized dealer and the same nonconformity continues to exist, Va. Code § 59.1-207.13(B)(2).

42. During the first eighteen (18) months following the date of original delivery of the motor vehicle to the consumer, the Subject Vehicle was subject to repair at least three (3) times for a death wobble, a nonconformity that is a serious safety defect. The death wobble continues to exist.

43. Plaintiff provided "notification", as defined by Va. Code § 59.1-207.11, to Manufacturer by certified letter.

44. Due to the repair history, Plaintiff provided Manufacturer a reasonable opportunity to conform Plaintiff's Vehicle.

45. Due to Manufacturer's failure to conform Plaintiff's Vehicle within a reasonable time, Manufacturer must either replace or accept return of Plaintiff's Vehicle pursuant to Va. Code § 59.1-207.13(A).

46. Plaintiff is entitled to an award of attorney's fees as part of an award under this chapter. Va. Code § 59.1-207.14.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment as follows:

(1)  For actual damages according to proof at trial;

(2)  For a refund of the purchase price of Subject Vehicle and collateral charges, $94,565.36;

(3)  For Defendant Ford Motor Company to accept return of Subject Vehicle;

(4)  For attorney's fees and costs of suit incurred herein including expert witness fees;

(5)  For such other and further relief as the court deems just and proper under the circumstances;

Respectfully submitted,

JAMES DAVID WOOD, III.

By: *[signature]*
W. Aaron Cluett, Esq. (VSB #78370)
LEMON LAW GROUP PARTNERS
1518 Willow Lawn Drive, Suite 201
Richmond, VA 23230
(888) 415-0610 ext. 5117
(888) 809-7010 *facsimile*
acluett@lemonlawgrouppartners.com

7

# EXHIBIT A

# MOTOR VEHICLE CONTRACT — SIMPLE FINANCE CHARGE
## (WITH ARBITRATION PROVISION)

Dealer Number: _____   Contract Number: _____

Buyer Name and Address (Including County and Zip Code): _____

Co-Buyer Name and Address: _____

Seller-Creditor (Name and Address):
JEFF ROBERTS
1140 EAST MAIN STREET
WYTHEVILLE, VA 24382

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller – Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
|  |  |  |  | Personal, family, or household unless otherwise indicated |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ _____ |
|---|---|---|---|---|
| 7.74 % | $ 16430.17 | $ 54339.47 | $ 70769.64 | $ _____ |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | 842.40 | Monthly beginning 05/06/2019 |
| N/A | N/A | N/A |

Or As Follows: _____

[Prepayment / Security Interest / Additional Information block — partially illegible]
...prepayment... If you pay off early, you will not have to pay a penalty.
Security Interest: ...in the vehicle being purchased...
See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date...

$ 79957.24(1)

**Insurance:** Credit life insurance and credit disability insurance are not required to obtain credit (see back). You have the right to use alternate coverage or buy such insurance elsewhere. Your choice of insurer will not affect our decision to extend credit or the terms of this contract. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit Disability Insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

$ 1000.00
$ _____(2)
$ _____(3)

+ Other _____
(If total downpayment is negative, enter "0" and see 4I below)
3  Unpaid Balance of Cash Price (1 minus 2)
4  Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):
  A  Cost of Optional Credit Insurance
     Paid to Insurance Company or Companies
     Life $ _____ N/A

**Other Optional Insurance**
_____ N/A
Type of Insurance _____ Term
Premium $ _____
Insurance Company Name _____

# EXHIBIT B

| | VEHICLE ID | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|
| ⬛ III ⬛ RD ⬛ 4709 | 1FT8W3BT7KEF27808 | 23631 | 23631 | 03/06/20 08:11 | 03/06/20 | 66121 |
| | VEHICLE DESCRIPTION | | | TAG NO. | | STATUS |
| | 2019 FORD F350 SUPER (BLACK) | | | | | PARTIAL-COMPLETE-P |
| LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
| 201-96H | | | 06/22/19 | 06/22/19 | 9 | No Charge |
| WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | | | RO COMMENT |
| 223-8373 | (276) 223-8373 | H11611 | RAVEN BLACK (A16) | | | |

| | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| D + | Continued | | | | | |

Correction PREFORM TAILGATE JUMPER HARNESS KIT. AND REPLACE TAILGATE SWITCH PER RECALL.

| Part Number | Description | Qty |
|---|---|---|
| KC3Z 14A411 C | WIRE ASY - JUM | 1 |
| GB5Z 9C888 A | SWITCH ASY - S | 1 |

| E + Concern | 94RECALL RECALL 19B27 | A61 | Warranty |

DURING VISIT FOUND OPEN RECALL. PERFORM RECALL

Correction  PREFORM INSPECTION. VEHICLE PASSED PER RECALL.

| F + Concern | 94RECALL RECALL 19C10 | A61 | Warranty |

DURING VISIT FOUND OPEN RECALLS. PERFORM RECALL

Correction  REPROGRAM BCM PER RECALL.

| G + Concern | 94RECALL RECALL 19S52 | A61 | Warranty |

DURING VISIT FOUND OPEN RECALL. PERFORM RECALL

Correction  PERFORM CARPET SHIELDING PER RECALL.

Warranty Claim Type: F    Authorization Code:    Service Cont No:

Totals

Total Amount Due    Amount
                     $0.00

**STATEMENT OF DISCLAIMER**

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

On behalf of servicing dealer, I hereby certify that the information contained hereon is accurate unless otherwise shown. Warranty services described were performed at no charge to owner. There was no indication from the appearance of the vehicle or otherwise, that any part repaired or replaced under this claim had been connected in any way with any accident, negligence, or misuse. Records supporting this claim ⬛⬛⬛ for (1) year from the date of payment notification at the servicing ⬛⬛⬛ inspection by manufacturer's representative.

**HUFF FORD INC**
1135 EAST MAIN STREET
WYTHEVILLE, VA. 24382
PHONE: 276-228-3108   FAX: 276-228-6297
WWW.HUFFONLINE.COM

| | | VEHICLE ID | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| JAMES DAVID WOOD III | | 1FT8W3BT7KEF27808 | 23631 | 23631 | 03/06/20 08:11 | 03/06/20 | 66121 |
| 5595 WADDLETOWN RD | | VEHICLE DESCRIPTION | | | | TAG NO. | STATUS |
| BLAND, VA 243154709 | | 2019 FORD F350 SUPER (BLACK) | | | | | PARTIAL-COMPLETE-F |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
| 031188 | 201-96H | | | 06/22/19 | 06/22/19 | 9 | No Charge |
| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | | SERV. ADV. | | RO COMMENT |
| (276) 223-8373 | | (276) 223-8373 | H11611 | | RAVEN BLACK (A16) | | |

YOU MAY RECEIVE A SURVEY FROM FORD, IF FOR ANY
REASON YOU CANNOT GIVE US A "COMPLETELY SATISFIED", PLEASE
CALL TOMMY MCGILLIVRAY OR EMAIL tommym@huffonline.com

SERVICE HOURS M-F 7:30-5:30
PARTS HOURS  M-F 7:30-5:00
THANK YOU FOR BEING OUR SPECIAL CUSTOMER!!

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| A | | | A61 | | Warranty | |

**Concern** Customer states THAT THE VEHICLE IS DOING THE "DEATH WOBBLE". CUSTOMER STATES IN ORDER FOR THE STEERING WHEEL TO STOP SHAKING HE HAS TO COME TO A COMPLETE STOP.
**Cause** FOUND TSB 19-2392.
**Correction** REMOVE AND REPLACE STEERING DAMPER PER TEST DROVE. WORKING LIKE DESIGN.

| Part Number | Description | Qty |
|---|---|---|
| KC3Z 3E651 B | DAMPER ASY | 1 |

| B | 99P | | A61 | | Customer | $0.00 |

**Concern** MULTI-POINT INSPECTION REPORT CARD AS RECOMMENDED BY FORD MOTOR COMPANY
**Cause** BRAKES 7MM IN FRONT AND 8MM IN REAR. TIRES ARE 11MM IN FRONT AND 10 IN REAR.

Line Total... $0.00

| D | 94RECALL | | A61 | | Warranty | |

**Concern** RECALL 19S48 — DURING VISIT FOUND OPEN RECALLS, PERFORM RECALL.

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

On behalf of servicing dealer, I hereby certify that the information contained hereon is accurate unless otherwise shown. Warranty services described were performed at no charge to owner. There was no indication from the appearance of the vehicle or otherwise, that any part repaired or replaced under this claim had been connected in any way with any accident, negligence, or misuse. Records supporting this claim are available for (1) year from the date of payment notification at the servicing dealer for inspection by manufacturer's representative.

(SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON
(DATE)

INVOICE                     CUSTOMER COPY                     Page 1

96584          171602          

*INVOICE*

...OOD
WADDLETOWN RD
BLAND, VA 24315
HOME:276-223-8373  CONT:276-223-8373
BUS:                  CELL:

PAGE 2

Ford of Boyertown
Route 100 North · P.O. Box 524
Boyertown, PA 19612
Phone: (610) 367-2081 · Fax: (610) 369-0012
www.fredbeans.com

SERVICE ADVISOR: 2709 MICHAEL TRAPP

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 19 | FORD F-350 | 1FT8W3BT7KEF27808 |  | 32040/32046 |  |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN18 IS |  |  | 17:00 11AUG20 |  |  | CASH | 11AUG20 |
| 01JAN18 DD |  |  |  |  |  |  |  |

| R.O. OPENED | READY | OPTIONS: | DLR:01273 ENG:6.7 Liter |
|---|---|---|---|
| 08:43 11AUG20 | 10:42 11AUG20 |  |  |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

Thank you for your Business!
Our Team goal is for you to LOVE TO DO
BUSINESS WITH US and that you are HAPPY TO
TELL OTHERS about the GREAT SERVICE!
**If you have any Questions about this repair
please contact your SERVICE ADVISOR or our
SERVICE MANAGER right away so we can help**

YOUR STATE INSPECTION EXPIRES _____

TIRES    BRAKES    ANTIFREEZE PROTECTION
  +        _         
  +        +

YOUR VEHICLE IS PARKED IN SPOT
#_____

DISCLAIMER OF WARRANTIES
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

CUSTOMER SIGNATURE  ✓

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| LESS DISCOUNT | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER COPY



**Fred Beans**
Everything Automotive

171602

*INVOICE*

PAGE 1

Ford of Boyertown
Route 100 North · P.O. Box 524
Boyertown, PA 19512
Phone: (610) 367-2081 · Fax: (610) 369-0012
www.fredbeans.com

```
             WOOD
             MIDDLETOWN RD
             BLAND, VA 24315
HOME: 276-223-8373   CONT: 276-223-8373
                 CELL:                          SERVICE ADVISOR: 2709 MICHAEL TRAPP
BUS:
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 19 | FORD F-350 | 1FT8W3BT7KEF27808 | | 32040/32046 | |

| DEL. DATE | PROD DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN18 IS | | | 17:00 11AUG20 | | | CASH | 11AUG20 |
| 01JAN18 DL | | | | | | | |

R.O. OPENED: 08:43 11AUG20   READY: 10:42 11AUG20   OPTIONS: DLR:01273 ENG:6.7 Liter

```
LINE OPCODE TECH TYPE HOURS                                 LIST      NET    TOTAL
A CUSTOMER STATES CHECK FOR DEATH WOBBLE
CAUSE: 3B239
     1006D NON ROTATIONAL NOISE - WIRELESS ELECTRONIC
           CHASSIS EARS - DIAGNOSE - L
           406  WFO                                                         (N/C)
     1 HC3Z*3B239*B BAR - FRONT SUSPENSION TIE                              (N/C)
     1 *W706345*S439 BOLT                                                   (N/C)
     8 *N807659*S441 NUT                                                    (N/C)
     4 *W520115*S440 NUT - HEX.                                             (N/C)
     4 *W520115*S441 NUT - HEX.                                             (N/C)
     3239A TRACK BAR-FRONT AXLE HOUSING - REMOVE AND
           INSTALL OR REPLACE (3B239) - L
           406  WFO                                                         (N/C)
     1006DXQ NON ROTATIONAL NOISE - WIRELESS
           ELECTRONIC CHASSIS EARS - DIAGNOSE - L EXTRA
           TIME FOR A POST-REPAIR ROAD TEST.
           406  WFO                                                         (N/C)
  FC: PART#: COUNT:
  CLAIM TYPE:
  AUTH CODE:
  406
PARTS:    0.00  LABOR:       0.00  OTHER:       0.00   TOTAL LINE A:        0.00
ROAD TEST AND VERIFIED- CHECKED ALL SUSPENSION PLAY - FOUND TRACK
BAR BALL JOINT LOOSE - REPLACED AS PER WSM AND ROAD TESTED - ALL NOW
PASSES
 *********************************************************
B CUSTOMER STATES CHECK FOR HILL CONTORL AND SVC ADVACNETRACK FAULTS ON
    DASH
     999 CUSTOMER STATES: TO TEST AND TRACE FOR
         CONCERN
         406  CFT                                                  0.00     0.00
PARTS:    0.00  LABOR:       0.00  OTHER:       0.00   TOTAL LINE B:        0.00
 *********************************************************
```

YOUR STATE INSPECTION EXPIRES _____

| TIRES | BRAKES | ANTIFREEZE PROTECTION |
|---|---|---|
| + | + | |

YOUR VEHICLE IS PARKED IN SPOT _____

**DISCLAIMER OF WARRANTIES**
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

CUSTOMER SIGNATURE ✓

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| LESS DISCOUNT | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

# EXHIBIT C

# LEMON LAW GROUP PARTNERS PLC
Attorneys and Counselors at Law
1518 Willow Lawn Drive
Richmond, VA 23230

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

December 8, 2020

Ford Motor Company
P.O. Box 6248
Dearborn, MI 48126

Re: James David Wood III
    Vehicle: 2019 Ford F350
    VIN: 1FT8W3BT7KEF27808

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of James David Wood III relating to the purchase of the above-mentioned vehicle. Let this letter serve as notification that you immediately cease and desist all communications with our client. The only exception is the dealership may communicate with the client in reference to future repairs. Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle. If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note as well as attorney fees and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

                                        Respectfully submitted,

                                        LEMON LAW GROUP PARTNERS PLC
                                        <u>By: s/n Aaron Cluett</u>
                                        Attorney for Plaintiff

CC: Huff Ford, 1135 E Main St, Wytheville, VA 24382